IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD SPECTER; STEVEN FAMA and PRISON LAW OFFICE,<br><br>    Defendants.<br>_____/ | No. C 06-02007 WHA<br><br>**ORDER RE HEARING ON MOTION TO DISMISS** |

The hearing on the motion to dismiss is **VACATED** because plaintiff has no attorney and, because he is incarcerated, will not be able to attend the hearing. If plaintiff retains an attorney or is freed from prison before an order is issued on the motion, the Court will *consider* holding a hearing. Plaintiff's opposition brief is due Thursday, April 13, 2006. If an opposition is filed, defendants' reply brief is due Thursday, April 20.

**IT IS SO ORDERED.**

Dated: April 4, 2006

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE