United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONALD SPECTER, STEVEN FAMA and PRISON LAW OFFICE,<br><br>　　　　Defendants.　　　　　　　　　／ | No. C 06-02007 WHA<br><br>**ORDER SETTING DISPOSITIVE MOTION DEADLINE** |

Due to plaintiff's incarceration, good cause exists not to hold a case management conference. Defendants shall file a dispositive motion on or before **MAY 23, 2007**. Plaintiff's opposition will be due by **JUNE 20, 2007**. Any reply will be due on **JULY 5, 2007**. Unless the Court decides otherwise, the motion will be decided on the papers without oral argument.

**IT IS SO ORDERED.**

Dated: March 23, 2007.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE